Petition for Writ of Mandamus Denied and Memorandum Opinion filed
December 19, 2006








Petition
for Writ of Mandamus Denied and Memorandum Opinion filed December 19, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00919-CV

____________

 

IN RE OFFICE OF THE ATTORNEY GENERAL 

OF TEXAS, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I N I O N

On
October 20, 2006, relator, the Office of the Attorney General of Texas, filed a
petition for writ of mandamus in this court, seeking an order compelling
respondent, the Honorable Jim York, presiding judge of the 246th District
Court, Harris County, to issue a capias for the arrest of Albert Loreto Lopez
so that a hearing can be held on the contempt allegations against him in a suit
to enforce an agreed child support review order.[1] 


Relator
has failed to establish its entitlement to mandamus relief and, accordingly, we
deny relator=s petition for writ of mandamus. 

 








 

PER
CURIAM

 

Petition Denied and Memorandum Opinion filed December
19, 2006.

Panel consists of Justices Fowler, Edelman, and Frost.

(Edelman, J., dissents without opinion).









[1]See Tex. Gov=t Code Ann.
' 22.221 (Vernon 2004).